UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NEWPORT BUILDERS, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NORTH BAY CONSTRUCTION, INC., a California corporation,<br><br>　　　　Defendant. | Case No:  C 09-0184 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>[Docket 58] |

　　　Plaintiff's motion for leave to file a second amended complaint is scheduled for hearing on December 1, 2009. A Case Management Conference is set to follow the hearing. Defendant has filed a statement of non-opposition to the motion. Accordingly,

　　　IT IS HEREBY ORDERED THAT Plaintiff's motion for leave to file a second amended complaint is GRANTED. Plaintiff shall file its second amended complaint within five days of the date this order is filed. The December 1, 2009 hearing date is VACATED.

　　　IT IS FURTHER ORDERED THAT the Case Management Conference is ADVANCED to **October 28, 2009 at 3:15 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. This Order terminates Docket 58.

　　　IT IS SO ORDERED.

Dated: September 24, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge