UNITED STATES DISTRICT COURT

Northern District of California

NEWPORT BUILDERS INC,

              Plaintiff(s),              No. C 09-00184 SBA (MEJ)

  v.

NORTH BAY CONSTRUCTION,        **NOTICE OF REFERENCE**

              Defendant(s).
_____/

      The above-captioned case was referred to Magistrate Judge Maria-Elena James for resolution of Plaintiff's Motion for Attorney's Fees. (Dkt. #79.) Accordingly, the Court shall conduct a hearing on January 28, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All briefing shall comply with Civil Local Rule 7. Plaintiff shall submit chambers copies of its moving papers forthwith. As to all future briefing, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

      **IT IS SO ORDERED.**

Dated: November 19, 2009

                                                            _____
                                                            Maria-Elena James
                                                            Chief United States Magistrate Judge